**LISA R. J. PORTER**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **KEVIN GOODNOUGH,**<br>　　　　　Plaintiff, | Civil Action No. 3:18-CV-00365-BR |
| vs. | |
| ANDREW SAUL<br>COMMISSIONER of Social Security,<br>　　　　　Defendant | ORDER GRANTING AWARD<br>OF ATTORNEYS FEES UNDER<br>42 U.S.C. § 406(b) |

**ORDER**

　　　Based upon the Plaintiff's Unopposed Motion for an Award of Attorneys fees pursuant to 42 U.S.C. § 406(b) it is hereby:

　　　ORDERED that Plaintiff is awarded attorney's fees in the amount of 25% of Plaintiff's benefits minus $6,000 awarded for work at the administrative level, or $13,727.25.

　　　It is FURTHER ORDERED that the Commissioner shall be pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute.

　　　DATED this __12th__ day of __November__, 2020

/s/ Anna J. Brown
_____
U.S. DISTRICT COURT SENIOR JUDGE
